# United States District Court
# For The Western District of North Carolina
# Statesville Division

GENE SURLES CORPENING,

       Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                         CASE NO. 5:05CV24

LARRY LEDER, ET AL,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 9, 2006, Order.

Signed: February 10, 2006

Frank G. Johns, Clerk
United States District Court